IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANTHONY GREENWAY**             **PLAINTIFF**

v.             **No. 3:22-cv-207-DPM**

**DOES**             **DEFENDANTS**

**JUDGMENT**

Greenway's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 September 2022